# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Western Division

Lauren Combs

                              Plaintiff,

v.                                                                 Case No.: 3:22−cv−50013

                                                                                  Honorable Iain D. Johnston

AANIIIH Nakoda Finance, LLC, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 23, 2022:

      MINUTE entry before the Honorable Iain D. Johnston: The plaintiff has filed a notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i). No defendant has answered or moved for summary judgment. Accordingly, this case is dismissed without prejudice. The status hearing previously set for 6/28/2022 is stricken. The motion to reassign [25] is stricken as moot. Civil case terminated. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.